No. 3187.—PUEBLO, apdo., *v.* ASTACIO (*a*) GOYO, aplte.— C. D. Mayagüez. Escalamiento en primer grado. Junio 13, 1927. Se revocó la sentencia apelada y fué absuelto el acusado por aparecer como únicos hechos probados el *corpus delicti* y la posesión por el acusado de una parte de los bienes sustraídos; vistos los casos de *El Pueblo* v. *Moreno,* 32 D.P.R. 824; *People* v. *George Beaver,* 49 Cal. 57; *People* v. *George Boxer,* 137 Cal. 562; *El Pueblo* v. *Laureano,* 20 D.P.R. 11, y *El Pueblo* v. *Segarra, Jr.* No. 2943, de abril 29, 1927 (pág. 683).

No. 3180. — PUEBLO, apdo., *v.* RODRÍGUEZ, aplte.—C. D. Ponce. Infracción Ley de Automóviles. Junio 17, 1927.

POR CUANTO el acusado fué convicto por infringir el artículo 12, apartados (*a*), (*d*) y (3), de la ley para reglamentar vehículos de motor, aprobada en 13 de abril de 1916.

POR CUANTO si bien el apelante señala como primer motivo de error que la denuncia contiene una indebida acumulación de delitos, es lo cierto que solamente se hace en el alegato una mera referencia al mismo, sin discutir sus méritos y sin que se haga mención de casos o jurisprudencia aplicable.

POR CUANTO el segundo y último error se contrae a la apreciación de la prueba, y de un examen de la misma aparece ésta ser contradictoria, resolviendo la corte el conflicto en contra del acusado, sin que se demuestre que se haya cometido error fundamental ni que la corte en tal apreciación haya sido movida por pasión, prejuicio o parcialidad.

POR TANTO, se confirma la sentencia apelada.